**William Earl MALONE v. STATE.**

No. 26089.

Court of Criminal Appeals of Texas.

Oct. 15, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was found guilty of assault with intent to murder. His punishment was assessed at ten years in the penitentiary.

The transcript contains appellant's motion to withdraw the appeal. The request is granted and the appeal is dismissed.